|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RYAN GROTH,

    Plaintiff,

    v.

CARNIVAL CORPORATION, a corporation; JOHN DOE, M.D., an individual; and JENNY LAIRD, an individual.,

    Defendants.

**Case No.: CV-11-03868-LB**

[~~PROPOSED~~] **ORDER EXTENDING TIME TO FILE LOCAL RULE 16-9 JOINT CASE MANAGEMENT STATEMENT AND FED. R. CIV. P. RULE 26(f) REPORT**

**Judge:**     **Magistrate Judge Laurel Beeler**

**Courtroom:**     **4**

    Having considered the parties' Joint Correspondence requesting an extension of time to file the Local Rule 16-9 Joint Case Management Statement and Fed. R. Civ. P. Rule 26(f) Initial Disclosures and report, due on or before February 2, 2012, based on defendant's potentially dispositive Motion to Dismiss or, in the Alternative, to Transfer ("Motion to Dismiss") scheduled for hearing on February 2, 2012, the Court hereby ORDERS:

    1.    The parties are relieved of their duties to file the Local Rule 16-9 Joint Case Management Statement and Rule 26(f) Initial Disclosures and report until after this Court rules on the Motion to Dismiss.

///

1

[~~Proposed~~] Order Extending Time to File Local Rule    Case No. CV-11-
16-9 Joint Case Mgmt. Statement & Fed. R. Civ.P.    03868-LB

1       2.    Should this Court deny Defendant's Motion to Dismiss, the parties shall have two (2) weeks from the date of the Court's ruling on the Motion to Dismiss to file the Local Rule 16-9 Joint Case Management Statement and Fed R. Civ. P. Rule 26(f) Initial Disclosures and report.

DATED: __February 1__, 2012

IT IS SO ORDERED

_____
U.S. District Court Magistrate Judge

Judge Laurel Beeler

---

2

[Proposed] Order Extending Time to File Local Rule 16-9 Joint Case Mgmt. Statement & Fed. R. Civ.P.    Case No. CV-11-03868-LB